JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RODRIGUEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 5:20-cv-02187-SHK<br><br>[PROPOSED] JUDGMENT |

　　Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: April 9, 2021

THE HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

-1-